```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

SUNG TRAN : CIVIL ACTION
:
    v. :
:
DELAVAU LLC, et al. : NO. 07-3550

ORDER

       AND NOW, this 18th day of May, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

       (1)  the motion of Delavau LLC for summary judgment with respect to Count II of the Amended Complaint for retaliation in violation of Title VII, 42 U.S.C. § 2000e-3(a), is DENIED;

       (2)  the motion of Delavau LLC for summary judgment with respect to Count III of the Amended Complaint for violation of the Pennsylvania Human Relations Act, 43 PA. CON. STAT. § 951, et seq. and Count IX of the Amended Complaint for violation of 42 U.S.C. § 1981 is GRANTED;

       (3)  the motion of Alma Dickerson for summary judgment with respect to Count IX of the Amended Complaint for violation of 42 U.S.C. § 1981 is GRANTED;

       (4)  judgment is entered in favor of Delavau LLC and against the plaintiff, Sung Tran, with respect to plaintiff's claims in Count III of the Amended Complaint for violation of the Pennsylvania Human Relations Act, 43 PA. CON. STAT. § 951, et

seq., and Count IX of the Amended Complaint for violation of 42 U.S.C. § 1981; and

    (5)  judgment is entered in favor of Alma Dickerson and against the plaintiff, Sung Tran, with respect to Count IX of the Amended Complaint for violation of 42 U.S.C. § 1981.

BY THE COURT:

/s/ Harvey Bartle III
C.J.